IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DONNA BLEVINS                                                        PLAINTIFF

v.                              CIVIL NO. 08-3066

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for

the costs of commencement of suit and, accordingly, the following order is entered this 4th day

of December 2008:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of November 28,

2008. Additionally, the court hereby directs that a copy of the complaint filed herein, along with

a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the

defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Michael

B. Mukasey, U.S. Attorney General, and Claude S. Hawkins, Jr., Assistant U.S. Attorney,

without prepayment of fees and costs or security therefor. The defendant is ordered to answer

within sixty (60) days from the date of service.

IT IS SO ORDERED.

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 0 4 2008

CHRIS R. JOHNSON, CLERK

BY
                DEPUTY CLERK

AO72A
(Rev. 8/82)